IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOSEPH ALLEN DAVIS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CLEAR HEALTH LLC**<br><br>*Defendant*. | Case No. 1:24-cv-00187-PAB<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

The Plaintiff Joseph Allen Davis is requesting a 7-day extension to file his response to the Defendant Clear Health LLC's motion to compel arbitration, which would make his response due on **June 24, 2024**. The Plaintiff is seeking this extension because he continues to work on a declaration to refute the factual assertions relied upon by the Defendant in their motion to compel arbitration.

Prior to the filing of this motion, counsel for the Defendant conferred with counsel for the Plaintiff, who did not provide a position regarding the Plaintiff's requested extension.

Dated: June 17, 2024

*s/ Anthony I. Paronich*_____
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com