# EXHIBIT O

 **IP address activity**
Your recent activity from specific IP addresses

Generated by Roy Taub on Monday, February 10, 2025 at 10:14 PM UTC-05:00
Contains data you requested from February 11, 2022 at 4:45 AM to February 10, 2025 at 10:10 PM

## Login

| | |
|---|---|
| IP address | 162.245.36.2 |
| Browser | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/132.0.0.0 Safari/537.36 |

Jan 23, 2025 5:40:49 pm

## Account de- or re-activated

| | |
|---|---|
| IP address | 170.250.204.179 |
| Browser | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.6.1 Safari/605.1.15 |

Dec 29, 2022 9:25:48 am