# EXHIBIT P



# Login activity
A history of your logins and associated data

## 2025-01-16T00:01:56+00:00

Cookie Name
************************nBy

IP Address
162.245.36.2

Language Code
en

Time    Jan 15, 2025 4:01 pm

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

## 2024-12-18T01:25:39+00:00

Cookie Name
************************WJ7

IP Address
170.250.204.179

Language Code
en

Time    Dec 17, 2024 5:25 pm

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/131.0.0.0 Safari/537.36

## 2024-12-16T23:03:01+00:00

Cookie Name
************************nBy

IP Address
162.245.36.2

Language Code
en

Time    Dec 16, 2024 3:03 pm

User Agent



## 2024-10-15T04:36:08+00:00

Cookie Name
************************6pJ

IP Address
170.250.204.179

Language Code
en

Time            Oct 14, 2024 8:36 pm

User Agent
Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/17.6 Safari/605.1.15

## 2024-09-04T02:46:59+00:00

Cookie Name
************************M2n

IP Address
170.250.204.179

Language Code
en

Time            Sep 03, 2024 6:46 pm

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/128.0.0.0 Safari/537.36

## 2024-03-31T20:39:20+00:00

Cookie Name
************************0pA

IP Address
170.250.204.179

Language Code
en

Time            Mar 31, 2024 12:39 pm

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/123.0.0.0 Safari/537.36

## 2023-11-29T03:57:03+00:00



IP Address
170.250.204.179

Language Code
en

Time                                Nov 28, 2023 7:57 pm

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/119.0.0.0 Safari/537.36

### 2023-10-28T14:28:43+00:00

Cookie Name
*************************hl-

IP Address
170.250.204.179

Language Code
en

Time                                Oct 28, 2023 6:28 am

User Agent
Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/16.6 Safari/605.1.15

### 2023-10-09T22:17:45+00:00

Cookie Name
*************************31f

IP Address
162.245.36.2

Language Code
en

Time                                Oct 09, 2023 2:17 pm

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36

### 2023-09-26T04:27:18+00:00

Cookie Name
*************************cY8

IP Address



en

Time                                Sep 25, 2023 8:27 pm

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36

## 2023-08-06T22:15:23+00:00

Cookie Name
*************************Y2t

IP Address
170.250.204.179

Language Code
en

Time                                Aug 06, 2023 2:15 pm

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36

## 2023-03-09T23:50:28+00:00

Cookie Name
*************************_Ke

IP Address
162.245.36.2

Language Code
en

Time                                Mar 09, 2023 3:50 pm

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

## 2023-03-09T23:46:42+00:00

Cookie Name
*************************_Ke

IP Address
162.245.36.2

Language Code
en



User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/111.0.0.0 Safari/537.36

### 2023-03-09T04:01:40+00:00

Cookie Name
************************_Ke

IP Address
170.250.204.179

Language Code
en

Time                          Mar 08, 2023 8:01 pm

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

### 2023-03-08T05:11:22+00:00

Cookie Name
************************Wwa

IP Address
170.250.204.179

Language Code
en

Time                          Mar 07, 2023 9:11 pm

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36

### 2022-11-22T04:01:05+00:00

Cookie Name
************************_Ke

IP Address
162.245.36.2

Language Code
en

Time                          Nov 21, 2022 8:01 pm



**2022-11-22T04:01:03+00:00**

Cookie Name
************************_Ke

IP Address
162.245.36.2

Language Code
en

Time                                   Nov 21, 2022 8:01 pm

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/107.0.0.0 Safari/537.36

**2022-09-30T16:57:05+00:00**

Cookie Name
************************26M

IP Address
170.250.204.179

Language Code
en

Time                                   Sep 30, 2022 8:57 am

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.0.0 Safari/537.36

**2022-08-05T01:14:01+00:00**

Cookie Name
************************h8D

IP Address
170.250.204.179

Language Code
en

Time                                   Aug 04, 2022 5:14 pm

User Agent
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36



Cookie Name
************************x5h

IP Address
2607:fb91:6:30d3:2ca2:55e9:772d:1764

Language Code
en

Time    Jul 15, 2022 7:13 am

User Agent
Mozilla/5.0 (Linux; Android 12; SM-G981U1 Build/SP1A.210812.016; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/103.0.5060.71 Mobile Safari/537.36