# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOSEPH ALLEN DAVIS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CLEAR HEALTH LLC**<br><br>*Defendant*. | Case No. 1:24-cv-00187-PAB<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: March 4, 2025

                                        PLAINTIFF,
                                        By his attorney

                                        */s/ Anthony Paronich*
                                        Anthony Paronich
                                        **Paronich Law, P.C.**
                                        350 Lincoln St, Suite 2400
                                        Hingham, MA 02043
                                        Phone: (617) 485-0018
                                        Fax: (508) 318-8100
                                        anthony@paronichlaw.com
                                        Attorney for Plaintiff

Dated:  March 4, 2025                   GREENSPOON MARDER LLP

                                        */s/ Roy Taub*
                                        Jeffrey A. Backman (*pro hac vice*)
                                        Roy Taub (*pro hac vice*)
                                        200 E. Broward Blvd., Suite 1800

- 2 -

Ft. Lauderdale, FL  33301
(954) 491-1120
jeffrey.backman@gmlaw.com
mary.torres@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

Douglas R. Sargent
Ohio Bar No. 97486
227 W. Monroe, Suite 3950
Chicago, IL 60606
(773) 395-1601
doug.sargent@gmlaw.com

*Attorneys for Defendant Clear Health, LLC*