IT IS SO ORDERED.

*s/Pamela A. Barker*
PAMELA A. BARKER,
U.S. DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOSEPH ALLEN DAVIS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**CLEAR HEALTH LLC**<br><br>*Defendant.* | Case No. 1:24-cv-00187-PAB<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: March 4, 2025

                                      PLAINTIFF,
                                      By his attorney

                                      */s/ Anthony Paronich*
                                      Anthony Paronich
                                      **Paronich Law, P.C.**
                                      350 Lincoln St, Suite 2400
                                      Hingham, MA 02043
                                      Phone: (617) 485-0018
                                      Fax: (508) 318-8100
                                      anthony@paronichlaw.com
                                      Attorney for Plaintiff

Dated:  March 4, 2025                   GREENSPOON MARDER LLP

                                      */s/ Roy Taub*
                                      Jeffrey A. Backman (*pro hac vice*)
                                      Roy Taub (*pro hac vice*)
                                      200 E. Broward Blvd., Suite 1800